UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESUS ELEAZAR JIMENEZ
SANCHEZ,

    Plaintiff,

v.

WARDEN GLADES COUNTY
DETENTION CENTER, GARRETT
RIPA, FIELD OFFICE DIRECTOR
FOR U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,
MIAMI FIELD OFFICE; KRISTI
NOEM, SECRETARY OF THE
DEPARTMENT OF HOMELAND
SECURITY; AND ATTORNEY
GENERAL PAMELA BONDI,

    Defendants.

Case No. 2:26-cv-169-KCD-DNF

## ORDER

Plaintiff Jesus Eleazar Jimenez Sanchez is a noncitizen who was arrested and turned over to immigration authorities. (*See* Doc. 1 at 3-4.) He has filed an "Petition for Writ of Habeas Corpus" under 28 U.S.C. § 2241. (*Id.* at 2.) As for relief, he seeks release from ICE custody or a bond hearing. (*Id.* at 15.)

Sanchez was removed from the United States to Mexico after filing this case. (*See* Doc. 6.) That moots his habeas claims attacking his detention. *See, e.g.*, *Zapeta v. Exec. Dir. of the Fla. Div. of Emergency Mgmt.*, No. 2:25-CV-

00697-JLB-KCD, 2025 WL 2432501, at *3 (M.D. Fla. Aug. 22, 2025). Put another way, "[s]ince [Plainitff] already has been released from custody, his prayer for relief has been satisfied." *Djadju v. Vega*, 32 F.4th 1102, 1107 (11th Cir. 2022).

For the reasons above, Plaintiff's habeas petition (Doc. 1) is **DENIED as moot**. The Clerk of Court is **DIRECTED** to terminate all deadlines, deny any pending motions as moot, and close the case.

**ORDERED** in Fort Myers, Florida on February 5, 2026.

Kyle C. Dudek
United States District Judge